# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF

| | |
|---|---|
| MICHAEL LYNN WATERS,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>TERESA A. SCHWARTZ, Warden,<br><br>    Defendant - Appellee. | No. 06-16619<br>D.C. No. CV-05-00808-DFL/KJM<br><br>**ORDER** |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [X]

Explanation: _This is a §1983 case that should have been brought as a petition for habeas corpus._

_____
Judge
United States District Court

Date: 10/6/2006